# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INFINITY COMPUTER PRODUCTS, INC. :
    *Plaintiff* :
     :
     :
v. :
     :
TOSHIBA AMERICA BUSINESS :
SOLUTIONS, INC. :
    *Defendant* :
     :

**CIVIL ACTION**

**NO. 12-6796  (Consolidated)**

---

INFINITY COMPUTER PRODUCTS, INC. :
    *Plaintiff* :
     :
v. :
     :
LEXMARK INTERNATIONAL, INC. :
    *Defendant* :

**CIVIL ACTION**

**NO. 12-6799**

## ORDER

**AND NOW**, this 23rd day of February 2018, upon consideration of Defendant Lexmark International, Inc.'s ("Defendant") motion to transfer for improper venue filed in Civil Action No. 12-6799, [ECF 71], Plaintiff Infinity Computer Products, Inc.'s ("Plaintiff") response in opposition, [ECF 72], Defendant's reply, [ECF 78], and Plaintiff's *sur*-reply, [ECF 80], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion filed on this day, that Defendant's motion to transfer is **GRANTED**.  The Clerk of Court is directed to **TRANSFER** *Infinity Computer Products, Inc. v. Lexmark International, Inc.*, Civil Action No. 12-6799, to the United States District Court for the Eastern District of Kentucky pursuant to 28 U.S.C. § 1406(a), and to mark this matter **CLOSED**.

**BY THE COURT:**

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*